**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KIM, | Case No. CV 21-07060 PA (ASx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PARK TERRACE EQUITIES, LLC, et al., | |
| Defendants. | |

In accordance with the Court's January 12, 2022 Minute Order dismissing this action for failure to prosecute, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: January 12, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE